UNITED STATES v. WILLIAM R. WEST

No. 4935.—Invoices dated Castleton, England, January 25, 1939, etc.
    Certified January 31, 1939, etc.
    Entered at New Bedford, Mass., February 15, 1939, etc.
    Entry Nos. N-37, etc.

(Decided June 17, 1940)

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney) for the plaintiff.
*William R. West* for the defendant.

TILSON, Judge: The merchandise in these two appeals was entered and appraised at certain unit values less 5 per centum discount.

When the cases were called for a hearing there was submitted certain evidence from the defendant in which it was conceded that the discount should have been only 2½ per centum instead of the 5 per centum. I therefore find the proper dutiable value of the merchandise covered by these appeals to be the list price, less 2½ per centum discount, plus the value of cases and packing charges. Judgment will be rendered accordingly.